EDC.002-021  Order Approving Payment of Filing Fee in Installments (v.6.11)                                    USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS | Case Number<br>11-38128 - C - 13L |
|---|---|
| In re<br><br>Roy A. Garner<br><br>Debtor(s). | FILED<br><br>7/25/11<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>jtis |

**IT IS ORDERED** that the debtor(s) shall pay the filing fee according to the following terms:

$ 44.00 on or before 08/24/2011
$ 44.00 on or before 09/23/2011
$ 44.00 on or before 10/24/2011
$ 42.00 on or before 11/22/2011

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: 7/25/11

FOR THE COURT
Wayne Blackwelder , Clerk
BY: jtis , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400

The Deputy Clerk whose ID appears above certifies that on July 25, 2011 , a copy of this order was returned to the filing party.

Payments shall be made by mail or in person at the divisional office indicated above. DO NOT send cash through the mail. You are reminded that **NO PERSONAL CHECKS WILL BE ACCEPTED**. Use money orders or cashier's checks only, payable to "Clerk, U.S. Bankruptcy Court." To insure proper credit, please include the debtor's name, the case number, and the words "Filing Fee Installment Payment" on your money order or cashier's check.