

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

AUG - 1 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
)
Roy A Garner )
)  Case No. 11-38128-C-13L
)
)
)
_____Debtor(s)._____)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[✓] typed in scannable format on paper, consisting of __5__ pages and listing a total of __26__ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: __8-1-11__    __Roy Garner__
                        Debtor's Signature

DATED: _____    _____
                          Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

Roy A Garner     Case NUMBER 11-38128-C-13L

Applied Bank
4700 Exchange Ct
Boca Raton FL 33431

Brandsr/Gemb
P.O. Box 981439
EL Paso TX 79998

Capital One FSB
11013 W Broad St.
Glen Allen VA 23060

CB ASSOCIATES
P.O. Box 150460 Union Ave
Fairfield CA 94533

Chase
P.O. Box 15298
Wilmington DE 19850

Comm Fed Svg
4501 Dodge St
Omaha NE 68101

Contra Costa County Recorders
45 Civic Ave
Pittsburg CA 94565

CR Bur Assoc
PO Box 150
Fairfield CA 94533

Roy A. Garner  Case Number 11-38128-C-13L

EAF LLC
1120 West Lake Co Suite B
Buffalo Grove IL 60089

Ford Motor CR
P.O. Box 542000
Omaha NE 68154

Funanc/Gemb
PO Box 981439
EL Paso Texas 79998

Harley David
3850 Arrowhead Dr
Carson City NV 89706

HDI Bank
P.O. Box 98706
Las Vegas NV 89193

Mohawk/Gemb
P.O. Box 981439
EL Paso Texas 79998

NCA
PO Box 550 327 West 4 ST
Hutchinson KS 67504

OneWest Bank
6900 Beatrice FSB
Kalamazoo MI 49009

Roy A Garner

CASE NUMBER
11-38128-C-13L

T U N. Cal Napa Cnty
900 Coombs 1st Fl
Napa CA. 94559

WFHM
7255 Baymeadows WA P.O. Box 10335
Des Moines IA. 50306

World Savings
794 Davis Ct
San Leandro CA. 94577

Teresa Garner
826 Wainwright
Benicia CA 94510

Ronald Rubenstein
P.O. Box 315
Moraga CA 94556

ATT
221 Venture Way
Lafayette LA 70507

WACHOVIA Mort
MAC T7425-021
P.O. Box 659558
San Antonio TX 78245-9558

Roy A Garner

Case Number
11-38128-C-L13

Richmond Sanitary
P.O. Box 78829
Phoenix AZ 85062-8829

Comcast
P.O. Box 1370
Blue Bell PA 19422

William J. Pollacek
County Tax Collector
P.O. Box 631
Martinez CA 94553-0063